B 6F (Official Form 6F) (12/07).

In re: **ANAVERDE LLC,**
Debtor

Case No.: _____
(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Job #C45692 Andy Gump, Inc 26954 Ruether Ave. Santa Clarita, CA 91351 | | | 5/5/2009 6/2/2009 7/28/2009 | | | | $4,578.00 |
| ACCOUNT NO. Arrow Industries P.O. Box 900524 Palmdale, CA 93590 | | | 5/8/2009 6/5/2009 7/3/2009 | | | | $450.09 |
| ACCOUNT NO. Acct #0024154916 Arrowhead 6661 Dixie Hwy Suite 4 Louisville, KY 40258 | | | 5/20/2009 6/23/2009 7/20/2009 | | | | $102.04 |
| ACCOUNT NO. 66127315880064 AT&T Payment Center Sacramento, CA 95887-0001 | | | 5/28/2009 7/1/2009 7/31/2009 | | | | $893.36 |
| | | | | | | | |

B 6F (Official Form 6F) (12/07) - Cont.

In re **ANAVERDE LLC,**  Case No. _____
    Debtor    (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Customer #3824 <br> American Heritage Landscape <br> 7945 Deering Avenue <br> Canoga Park, CA 91304 | | | 2/28/2009 <br> 4/30/2009 <br> 5/31/2009 <br> 5/20/2009 <br> 6/12/2009 | | | | $19,409.00 |
| ACCOUNT NO. <br> Arch Insurance Company <br> One Liberty Plaza, 53rd Floor <br> New York, NY 10006 | | | | X | X | X | |
| ACCOUNT NO. <br> Beazer Homes Holding Corp. <br> 1800 E. Imperial Highway <br> Suite 200 <br> Brea, CA 92821 | | | | X | X | X | |
| ACCOUNT NO. <br> Bolar Hirsch & Jennings LLP <br> 18101 Von Karman Avenue <br> Suite 1440 <br> Irvine, CA 92612 | | | 8/20/2009 <br> 10/7/2009 <br> 10/7/2009 | | | | $517.50 |
| ACCOUNT NO. 7159-1098166 <br> Bright Pages <br> P.O. Box 15132 <br> Wilmington, DE 19850-5132 | | | 9/9/2009 | | | | $886.00 |
| ACCOUNT NO. <br> Bruce Tester <br> 228 Monarch Bay Drive <br> Dana Point, CA 92629 | | | 9/30/2009 | | | | $300.00 |
| ACCOUNT NO. <br> California Department of Fish & Game <br> 1416 9th Street <br> Sacramento, CA 95814 | | | | X | X | X | |
| | | | | | | | |

2

B 6F (Official Form 6F) (12/07) - Cont.

In re **ANAVERDE LLC,**
          Debtor

Case No. _____
                    (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Central Bank<br>800 E. Colorado Blvd<br>Suite 560<br>Pasadena, California 91106 | | | | X | X | X | |
| ACCOUNT NO.<br><br>Central Pacific Bank<br>800 E. Colorado Blvd<br>Suite 560<br>Pasadena, California 91106 | | | | X | X | X | |
| ACCOUNT NO.<br><br>City of Palmdale<br>38300 Sierra Highway<br>Palmdale, CA 93550-4798 | | | | X | X | X | |
| ACCOUNT NO.<br><br>Cybul, Rondou & Associates, Inc.<br>25115 Avenue Stanford Suite B126<br>Valencia, Ca 91355 | | | 10/1/2009 | | | | $625.00 |
| ACCOUNT NO. 02200002010400<br>Conferencing Services by AT&T<br>P.O. Box 8103<br>Aurora, IL 60507-8103 | | | 8/17/2009 | | | | $87.05 |
| ACCOUNT NO.<br><br>Corporation Service Center<br>2711 Centerville Road<br>Wilmington, DE 19808 | | | 10/10/2009 | | | | $341.00 |
| | | | | | | | |

3

In re **ANAVERDE LLC,** Case No. _____
      Debtor                                                                                (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 855422 <br> Dewey Pest Control <br> 45440 N 23rd St. West <br> Lancaster, CA 93536-7215 | | | 5/22/2009 | | | | $75.00 |
| ACCOUNT NO. <br> Empire Construction, L.P. <br> 1809 Excise Avenue <br> Suite 208 <br> Ontario, CA 91761 | | | | X | X | X | |
| ACCOUNT NO. <br> Empire Land, LLC <br> 3536 Concourse Street <br> Suite 300 <br> Ontario, CA 91764 | | | | X | X | X | |
| ACCOUNT NO. <br> Empire Residential, LP <br> 3536 Concours Street <br> Suite 300 <br> Ontario, CA 91764 | | | | X | X | X | |
| ACCOUNT NO. <br> GeoTek, Inc. <br> 4130 Flat Rock Drive, Suite 140 <br> Riverside, CA 92505 | | | 3/27/2009 | | | | $955.00 |
| ACCOUNT NO. CMT#VG1004-C <br> Glenn Lukos Associates <br> 29 Orchard <br> Lake Forest, CA 92630 | | | 5/20/2009 | | | | $270.00 |
| ACCOUNT NO. Customer #WAN010 <br> Griffin Dewatering Corporation <br> P.O. Box 972958 <br> Dallas, TX 75397-2987 | | | 5/4/2009 <br> 6/2/2009 <br> 6/19/2009 <br> 6/29/2009 | | | | $33,823.80 |
| | | | | | | | |

4

B 6F (Official Form 6F) (12/07) - Cont.

In re **ANAVERDE LLC,**  Case No. _____
Debtor  (if known)

# SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Goodwin Procter<br>10250 Constellation Boulevard<br>Los Angeles, CA 90067-6221 | | | 5/11/2009<br>6/5/2009<br>7/8/2009<br>8/6/2009<br>9/9/2009<br>9/10/2009<br>10/7/2009 | | | | $75,805.03 |
| ACCOUNT NO.<br><br>Illinois and Lexon Insurance Company<br>256 Jackson Meadow Dr.<br>Hermitage, TN 30706 | | | | X | X | X | |
| ACCOUNT NO.<br><br>Kaufman & Broad of Southern California, Inc.<br>Antelope Valley Division<br>38345-A 30th Street East<br>Palmdale, CA 93550 | | | | X | X | X | |
| ACCOUNT NO.<br><br>Konica Minolta Business Solutions<br>P.O. Box 550599<br>Jacksonville, FL 32255-0599 | | | 5/15/2009<br>6/14/2009 | | | | $1,088.49 |
| ACCOUNT NO. 3400000508<br><br>Los Angeles County Waterworks<br>260 E. Ave. K-8<br>Lancaster, CA 93535-4527 | | | 5/13/2009<br>7/24/2009 | | | | $607.20 |
| ACCOUNT NO.<br><br>Lucas Austin Alexander<br>1300 Quail Street<br>Suite 100<br>Newport Beach, CA 92660 | | | 7/7/2009<br>10/23/2009<br>10/23/2009 | | | | $3,936.41 |
| | | | | | | | |

5

B 6F (Official Form 6F) (12/07) - Cont.

In re **ANAVERDE LLC,**           Case No. _____
    Debtor                                                                         (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Lewis Brisbois Bisgaard & Smith<br>221 N Figueroa Street<br>Suite 1200<br>Los Angeles, CA 90012 | | | 4/28/2009<br>5/27/2009<br>6/29/2009<br>7/31/2009<br>8/31/2009<br>9/30/2009<br>10/30/2009 | | | | $33,260.70 |
| ACCOUNT NO. FARBR01<br><br>Lockton Insurance Brokers, LLC a/k/a Bond Safeguard<br>1919 S Highland Ave.,<br>Suite 300a<br>Lombard, IL. 60148 | | | 3/16/2009<br>5/12/2009<br>6/25/2009 | | | | $255,582.00 |
| ACCOUNT NO.<br><br>Los Angeles County Tax Collector<br>P.O. Box 54018<br>Los Angeles, CA 90054-0018 | | | 11/1/2009 | | | | $198,637.67 |
| ACCOUNT NO. Customer #741790-806373<br>Modular Space Corporation<br>12603 Collections Center Drive<br>Chicago, IL 60693-0126 | | | 5/16/2009<br>5/23/2009<br>5/30/2009<br>6/6/2009<br>6/13/2009<br>6/20/2009<br>6/27/2009<br>7/4/2009<br>7/10/2009<br>7/18/2009<br>7/25/2009<br>8/1/2009<br>8/8/2009<br>8/15/2009<br>8/22/2009<br>8/29/2009 | | | | $34,996.20 |

B 6F (Official Form 6F) (12/07) - Cont.

In re **ANAVERDE LLC,**
  Debtor

Case No. _____
  (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Mayer Brown<br>350 S. Grand Avenue, #2500<br>Los Angeles, CA 90071 | | | | | | | $1,286.35 |
| ACCOUNT NO.<br><br>Michelson Environmental Inc.<br>6280 Chalet Drive<br>Commerce, CA 90040-3704 | | | 4/30/2009 | | | | $6,832.13 |
| ACCOUNT NO. PP Job ID# 63714<br><br>Pacific Business Capital Corp.<br>A/R Company for Power Plus<br>P.O. Box 19067<br>Irvine, CA 92623-9067 | | | 4/22/2009<br>4/30/2009<br>5/20/2009<br>6/17/2009 | | | | $1,320.00 |
| ACCOUNT NO.<br>Palmdale Land Investors, LLC<br>One Maritime Plaza<br>Suite 2100<br>San Francisco, CA 94111 | | | | X | X | X | |
| ACCOUNT NO.<br><br>Palmdale Hills Property, LLC<br>410 Grand Cypress Avenue<br>Suite 201<br>Palmdale, California 93550 | | | | X | X | X | |
| ACCOUNT NO. CMT #VR1001-C<br>RAFS, INC.<br>365 E Avenida de Los Arboles<br>Suite 1101<br>Thousand Oaks, CA 91360 | | | 4/7/2009<br>5/8/2009 | | | | $9,527.90 |

7

**In re ANAVERDE LLC,**           Case No. _____
     Debtor                                                             (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>R.C. Becker & Son, Inc.<br>28355 Kelly Johnson Pkwy.<br>Santa Clarita, CA 91355 | | | 7/20/2007 | | | | $30,377.99 |
| ACCOUNT NO.<br><br>R.T. Frankian & Associates<br>1329 Scott Road<br>Burbank, CA 91504 | | | 4/23/2009 | | | | $115.00 |
| ACCOUNT NO.<br><br>Rutan & Tucker, LLP<br>611 Anton Blvd<br>Suite 1400<br>Post Office Box 1950<br>Costa Mesa, CA 92628 | | | 9/16/2009<br>10/19/2009 | | | | $2,105.67 |
| ACCOUNT NO.<br>Customer #ANA007<br>S&S Construction Services<br>P.O. Box 220027<br>Newhall, CA 91322-0027 | | | 5/5/2009<br>6/3/2009 | | | | $1,104.22 |
| ACCOUNT NO.<br>Job #510000619<br><br>SIKAND Engineering<br>15230 Burbank Blvd, #100<br>Van Nuys, CA 91411 | | | 11/26/2008<br>5/14/2009<br>5/19/2009<br>11/26/2008<br>1/30/2009<br>5/29/2009 | | | | $24,038.65 |
| ACCOUNT NO.<br>6035 5178 7247 3250<br>Staples Credit Plan<br>P.O. Box 689020<br>Des Moines, IA 50368-9020 | | | 5/13/2009<br>7/15/2009<br>8/13/2009<br>9/14/2009<br>10/14/2009 | | | | $258.31 |
| ACCOUNT NO.<br>CMT #VS1004-C<br>Summit Envirosolutions, Inc.<br>1217 Bandana Blvd. N<br>St. Paul, MN 55108 | | | 6/9/2009<br>8/25/2009 | | | | $90,594.20 |

B 6F (Official Form 6F) (12/07) - Cont.

In re **ANAVERDE LLC,** Case No. _____
     Debtor                                                  (if known)

## SCHEDULE F – CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>SR Consultants West<br>25322 Rye Canyon Road<br>Suite 201<br>Santa Clarita, CA 91355 | | | 2/17/1968<br>3/22/1968 | | | | $1,358.30 |
| ACCOUNT NO. Project# SM9000<br>The PUC<br>P.O. Box 1566<br>Lancaster, CA 93539-1566 | | | 4/18/2009<br>4/22/2009<br>5/1/2009 | | | | $1,020.37 |
| ACCOUNT NO. CMT#VT1003-C<br>Terry Foster Equipment Rentals<br>P.O. Box 901867<br>Palmdale, CA 93590-1867 | | | 5/1/2009<br>5/20/2009 | | | | $4,280.00 |
| ACCOUNT NO. 771249755-00001<br>Verizon Wireless<br>P.O. Box 9622<br>Mission Hills, CA 91346 | | | 6/1/2009<br>6/8/2009 | | | | $354.85 |
| ACCOUNT NO. 506-0026389-2508-7<br>Waste Management<br>P.O. Box 7814<br>Baldwin Park, CA 91706 | | | 6/1/2009<br>8/1/2009<br>9/1/2009<br>10/1/2009<br>11/1/2009 | | | | $111.72 |
| ACCOUNT NO.<br><br>Westside Union School District<br>41914 50th Street West<br>Quartz Hill, CA 93550 | | | 5/21/2009 | X | X | X | $212,968.94 |

Sheet no. 9 of 9 continuation sheets attached
Subtotal
to Schedule of Creditors Holding Unsecured      $

(Use only on last page of the completed Schedule F.)      Total      $1,054,851.14
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

9