Exhibit C

**Exhibit C to Motion - Form of Notice of Sale Process and Approval Hearing**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ANAVERDE LLC | ) Case No. XXXXX |
| | ) |
|           Debtor. | ) **Hearing Date:** |
| |    \_\_\_\_\_ at \_\_\_\_\_ (ET) |
| | ) **Objections Due:** |
| |    \_\_\_\_\_ at \_\_\_\_\_ (ET) |

## NOTICE OF SALE PROCESS AND APPROVAL HEARING

PLEASE TAKE NOTICE that, on January 15, 2010, the above-captioned debtor and debtor in possession (the "Debtor"), filed the Motion of Anaverde LLC for an Order: (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, and (E) Granting Related Relief (the "Sale Procedures Motion").[7]

PLEASE TAKE NOTICE that, on [DATE] the Debtor entered into an asset purchase agreement (the "Agreement") with New Anaverde LLC (the "Stalking Horse Purchaser"), pursuant to which the Stalking Horse Purchaser proposed to acquire substantially all of the Debtor's assets (the "Assets") related to the Project except for the Excluded Assets free and clear of liens, claims, encumbrances and other interests, with such liens, claims, encumbrances and other interests to attach to the proceeds of the Sale, but as set forth in the Sale Procedures, the sale of the Assets remains subject to competing offers from any prospective bidder that submits a Qualified Bid (as defined in the Sale Procedures).

PLEASE BE FURTHER ADVISED that, on [DATE], the Court entered an order approving the Sale Procedures Motion (the "Sale Procedures Order"), which governs the bidding and sale process (the "Sales Procedures") for the sale. A copy of the Sale Procedures is attached hereto as **Exhibit 1.**

---

[7] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Sale Procedures Motion.

PLEASE TAKE FURTHER NOTICE that among other things, the Sale Procedures Order sets [date], 2010 at 12:00 noon (prevailing Eastern Time) as the deadline for submitting bids (the "Bid Deadline") and provides that an auction (the "Auction") of the Debtor's assets may be conducted on [date], 2010 at 10:00 a.m. (prevailing Eastern Time) at the offices of Cross & Simon LLC, 913 N. Market St., 11th Floor, Wilmington, DE 19899-1380.

PLEASE TAKE FURTHER NOTICE that the Debtor filed a motion (the "Sale Motion") seeking Court approval of the sale of the Debtor's assets to the highest and best bidder(s) at an auction scheduled on [date], 2010 at 10:00 a.m (prevailing Eastern time), free and clear of all liens, claims an encumbrances pursuant to section 363 of title 11 of the United States Code (the "Bankruptcy Code"), with all liens, claims and encumbrances to attach to the proceeds of the sale with the same validity and in the same order of priority as they attached to the assets prior to the sale, including assumption by the Debtor and assignment to the buyer of certain executory contracts and unexpired leases pursuant to section 365 of the Bankruptcy Code, all as more fully set forth in the Sale Procedures Order, Sale Procedures and Sale Motion.

PLEASE TAKE FURTHER NOTICE that any response or objection to the Sale Motion or the conduct of the auction must be filed with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before [date], 2010 at 12:00 p.m. (prevailing Eastern time). By the same time, you must also serve a copy of the response or objection upon the following parties: (i) the Debtor's counsel, Christopher Simon and Kevin Mann, Cross & Simon LLC, 913 N. Market St., 11th Floor, Wilmington, DE 19899-1380; (ii) DIP Lender's counsel, Filiberto Agusti and Joshua Taylor, Steptoe & Johnson LLP, 1330 Connecticut Ave, NW, Washington DC 20036, and (iii) counsel to Cadim, Victor G. Milione, Esq, Nixon Peabody, LLP, 100 Summer Street, Boston, Massachusetts, 02110-2131 (collectively, the "Notice Parties").

PLEASE TAKE FURTHER NOTICE that an evidentiary hearing (the "Sale Hearing") on the relief requested in the Sale Motion (among other things, to confirm the results of any Auction, approve the sale of the Debtor's assets to the Winning Bidder, and authorize the assumption and assignment of certain executory contracts and unexpired leases) will be held on [date], 2010 at [TIME] (prevailing Eastern time) before the Honorable [JUDGE], at the United States District Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom ____, Wilmington, Delaware 19801. The Sale Hearing may be adjourned from time to time without further notice to creditors or parties in interest other than by announcement of the adjournment in open court on the date scheduled for the Sale Hearing.

PLEASE TAKE FURTHER NOTICE that all requests for information concerning information on the Sale Procedures, the proposed sale of the Debtor's Assets, or the Sale Motion should be directed to the Debtor's counsel listed below.

Dated: January 15, 2010

CROSS & SIMON, LLC

_____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 N. Market St.
11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Ph: (302) 777-4200
Fax: (302) 777-4224
kmann@crosslaw.com

*Proposed Counsel for Debtor and Debtor in Possession*