UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                  ) Chapter 11
                                        )
ANAVERDE LLC,                           ) Case No.: 10-10113 (MFW)
                                        )
                Debtor.                 )
                                        )

AGENDA FOR FIRST DAY HEARING
AND INDEX OF FIRST DAY PLEADINGS

**DATE AND TIME OF HEARING:** JANUARY 21, 2010 AT 3:00 P.M.

**LOCATION:** UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 4, WILMINGTON, DELAWARE 19801

I. **Related Pleadings**

   1. "Voluntary Petition Package" [D.I. No. 1, Filed 1/15/2010].

   2. Declaration of John Miles, In Support of First Day Motions [D.I. No. 3, Filed 1/15/2010].

II. **Motions**

   3. Motion of Anaverde LLC to Approve Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364, 365, and 507: (1) Approving Secured Postpetition Financing; (2) Authorizing Use of Cash Collateral; (3) Granting Liens and Providing Superpriority Administrative Expense Status; (4) Granting Adequate Protection; (5) Modifying Automatic Stay; and Scheduling a Final Hearing [D.I. No. 4, Filed 1/15/2010].

      *Status*: This matter is going forward only with respect to the interim relief requested therein.

   4. Motion For an Order (A) Authorizing Debtor to Continue Using Existing Cash Management System, Bank Accounts and Business Forms, (B) Granting an Interim and Final Waiver of the Deposit Guidelines Set Forth in Section 345 of the Bankruptcy Code and (C) Granting Related Relief [D.I. No. 5, Filed 1/15/2010].

      *Status*: This matter is going forward.

5. Debtor's Application for Order Pursuant to Section 327(a) of the Bankruptcy Code Authorizing the Employment and Retention of Cross & Simon, LLC as Bankruptcy Counsel *nunc pro tunc* to the Petition Date [D.I. No. 6, Filed 1/15/2010].

   ***Status***: This matter will go forward on a date to be determined by the Court.

6. Debtor's Motion for an Administrative Order Pursuant to 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals [D.I. No. 7, Filed 1/15/2010].

   ***Status***: This matter will go forward on a date to be determined by the Court.

7. Debtor's Motion for an Order Authorizing the Retention and Payment of Professionals Utilized in the Ordinary Course of Business [D.I. No. 8, Filed 1/15/2010].

   ***Status:*** This matter is going forward.

8. Plan of Liquidation of Anaverde LLC [D.I. No. 10, Filed 1/15/10].

   ***Status***: This matter will go forward on a date to be determined by the Court.

9. Disclosure Statement Accompanying Plan of Liquidation for Anaverde Under Chapter 11 of the United States Bankruptcy Code [D.I. No. 11, Filed 1/15/2010].

   ***Status***: This matter will go forward on a date to be determined by the Court.

10. Motion of Anaverde LLC for an Order (A) Fixing the Procedures and Deadline to File Proofs of Claim, (B) Approving the Form and Manner of Notice of Bar Dates, and (C) Granting Related Relief [D.I. No. 12, Filed 1/15/2010].

    ***Status***: This matter will go forward on a date to be determined by the Court.

11. Motion of Anaverde LLC for an Order: (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of

Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, and (E) Granting Related Relief [D.I. No. 13, Filed 1/15/2010].

*Status*: This matter will go forward on a date to be determined by the Court.

Dated: January 18, 2010  
      Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Michael J. Joyce (No. 4563)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com
kmann@crosslaw.com
mjoyce@crosslaw.com

*Proposed Counsel to Anaverde LLC,*
*Debtor and Debtor- in-Possession*