UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | Case No.: 10-10113 (MFW) |
| ANAVERDE LLC, ) | |
| ) | Hearing Date: February 5, 2010 at 2:00 p.m. |
| Debtor. ) | Obj. Deadline: February 3, 2010 at 4:00 p.m. |
| ) | |
| ) | Re: D.I. No. 13 |

NOTICE OF HEARING AND OBJECTION DEADLINE WITH
RESPECT TO MOTION OF ANAVERDE LLC FOR AN ORDER: (A) APPROVING
PROCEDURES FOR THE SALE OF THE DEBTORS' ASSETS, (B) SCHEDULING
AUCTION AND HEARING TO CONSIDER APPROVAL OF SALE, (C) APPROVING
NOTICE OF RESPECTIVE DATES, TIMES AND PLACES FOR AUCTION AND
HEARING ON APPROVAL OF (I) SALE AND (II) ASSUMPTION AND ASSIGNMENT
OF CERTAIN EXECUTORY CONTRACT AND UNEXPIRED LEASES, (D)
APPROVING THE FORM AND MANNER OF NOTICE OF SALE PROCESS AND OF
APPROVAL HEARING, AND (E) GRANTING RELATED RELIEF

TO: (I) THE OFFICE OF THE UNITED STATES TRUSTEE; (II) THE DEBTOR'S TWENTY (20) LARGEST UNSECURED CREDITORS; (III) COUNSEL TO THE DEBTOR'S PREPETITION SECURED LENDERS; (IV) COUNSEL TO THE DEBTOR'S POSTPETITION SECURED LENDERS; AND (V) ALL PARTIES THAT HAVE REQUESTED NOTICE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2002.

PLEASE TAKE NOTICE that, on January 15, 2010, the above-captioned debtor and debtor-in-possession, Anaverde LLC (collectively, "the Debtors"), filed the Motion of Anaverde LLC for an Order: (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, and (E) Granting Related Relief [Docket No. 13] (the "Motion"), a copy of which is attached hereto.

PLEASE TAKE FURTHER NOTICE that, objections, if any, to the entry of an order approving the Motion must be filed on or before **February 3, 2010 at 4:00 p.m. (prevailing Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware, 19801. At the same time, you must serve a copy of the objection upon the undersigned proposed counsel to the Debtors so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE MOTION WILL BE HELD **FEBRUARY 5, 2010 AT 2:00 P.M. (prevailing Eastern Time)** BEFORE THE HONORABLE MARY F. WALRATH, JUDGE, UNITED STATES BANKRUPCY COURT

FOR THE DISTRICT OF DELAWARE, 5TH FLOOR, COURTROOM NO. 4, 824 NORTH MARKET STREET, WILMINGTON, DELAWARE, 19801.

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Court may grant the relief requested and enter a final order without further notice of hearing.

Dated: January 22, 2010  
Wilmington, Delaware

CROSS & SIMON, LLC

By: _/s/ Kevin S. Mann_
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
Michael J. Joyce (No. 4563)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Tel: (302) 777-4200
Fax: (302) 777-4224
csimon@crosslaw.com
kmann@crosslaw.com
mjoyce@crosslaw.com

*Proposed Counsel to Anaverde LLC,*
*Debtor and Debtor- in-Possession*