## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANAVERDE LLC, | ) | Case No. 10-10113 (MFW) |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| Anaverde LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. 10-50777 (MFW) |
| | ) | |
| City of Palmdale, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### AMENDED[1] NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON MARCH 12, 2010 AT 10:30 A.M.

## MATTERS GOING FORWARD:

1.  Motion of the Debtor for an Order Under 11 U.S.C. §§ 105(a) and 363(b) Authorizing the Debtor to Pay Certain Secured Claims in Full [D.I. No. 74, Filed 2/18/2010];

    *Response Deadline*:   March 5, 2010 at 4:00 p.m.

    *Related Documents*:   None.

    *Responses Filed:*

    A.   Limited Objection to Order Under 11 U.S.C. §§105(a) and 363(b) Authorizing the Debtor to Pay Certain Secured Claims in Full [D.I. No. 98, Filed 3/5/2010].

    *Status:* This matter is going forward.

2.  Debtor's Motion for an Order (I) Approving the Form and Manner of Notice of

---

[1] **Amended items appear in bold.**

the Disclosure Statement Hearing; (II) Determining the Adequacy of the Disclosure Statement; (III) Establishing a Record Date and Voting, Objection, and Other Deadlines with Respect to Confirmation of the Plan; (IV) Scheduling a Hearing on Confirmation of the Plan; (V) Approving (A) The Form And Manner of Notice of The Hearing on Confirmation and Related Matters and (B) the Deadline for Filing Confirmation Objections; (VI) Approving the Solicitation Procedures; and (VII) Granting Certain Other Relief [D.I. No. 78, Filed 2/22/2010].

>    *Response Deadline*:    March 5, 2010 at 4:00 p.m.

>    *Related Documents*:

>>    A.    Notice of Hearing on Approval of Disclosure Statement for Debtor's Plan of Liquidation [D.I. No. 68, Filed 2/12/2010].

>    *Responses Filed:*

>>    B.    Objection of the City of Palmdale to Debtors Disclosure Statement and to Debtor's Motion for an Order (I) Approving the Form and Manner of Notice of the disclosure statement; (II)Determining the Adequacy of the Disclosure Statement; (III) Establishing a Record Date and Voting, Objection, and Other Deadlines with Respect to Confirmation of the Plan; (IV) Scheduling a Hearing on Confirmation of the Plan; (V) Approving (A) the Form and Manner of the Hearing on Confirmation and Related Matters and (B) the Deadline for Filing Confirmation Objections; (VI) Approving the Solicitation Procedures; and (VII) Granting Certain Other Relief [D.I. No. 99, Filed 3/5/2010];

>>    C.    Informal comments from the United States Trustee.

>    *Status:*  This matter is going forward.

3.    **Adversary Complaint filed by Anaverde LLC against City of Palmdale [Adv. D.I. No. 1, Filed 3/10/10].**

>    ***Response Deadline*:  To be determined.**

>    ***Related Documents*:  N/A**

>    ***Responses Filed*:  N/A**

**Status: Debtor is requesting a status conference on this matter.**

Dated: March 11, 2010          CROSS & SIMON, LLC
       Wilmington, Delaware

By: _____
       Christopher P. Simon (No. 3697)
       Kevin S. Mann (No. 4576)
       913 N. Market Street, 11th Floor
       P.O. Box 1380
       Wilmington, Delaware 19899-1380
       Telephone: (302) 777-4200
       Facsimile: (302) 777-4224
       csimon@crosslaw.com
       kmann@crosslaw.com

*Counsel to Debtor and Debtor- in-Possession*