## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANAVERDE LLC, | ) | Case No. 10-10113 (MFW) |
| | ) | |
| Debtor. | ) | **Re: Docket No. 74** |
| | ) | |

## ORDER UNDER 11 U.S.C. §§ 105(a) AND 363(b) AUTHORIZING THE DEBTOR TO PAY CERTAIN SECURED CLAIMS IN FULL

Upon the motion (the "Motion")[1], of the above-captioned debtor and debtor-in-possession (the "Debtor"), for entry of an order under Sections 105(a) and 363(b) of the Bankruptcy Code authorizing the Debtor to pay certain secured claims in full; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and good and sufficient cause appearing therefor, it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED;

2. Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and the Interim DIP Order, the Debtor is hereby authorized but not directed to pay the first installment of the Tax Claim unto the Los Angeles County Treasurer and Tax Collector in the amount of $200,429.30;

---

[1] Unless otherwise defined herein, capitalized terms used herein shall have the meanings ascribed to them in the Motion.

3.     This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order;

4.     This Order shall be effective immediately upon its entry.

Dated: _____March 17_____, 2010

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge