## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANAVERDE LLC, | ) | Case No. 10-10113 (MFW) |
| | ) | |
| Debtor. | ) | Hearing Date: April 14, 2010 at 10:30 a.m. |
| | ) | Objections Due: April 7, 2010 at 4:00 p.m. |

**APPLICATION OF DEBTOR PURSUANT TO 11 U.S.C. § 327(a) FOR AUTHORITY TO EMPLOY DUANE LEVY & ASSOC., INC. AS COMMERCIAL BROKER TO ASSIST IN THE MARKETING AND SALE OF DEBTOR'S PROPERTY**

The above-captioned debtor and debtor in possession (the "Debtor"), by its undersigned counsel, hereby seeks entry of an order pursuant to 11 U.S.C. § 327(a) authorizing the Debtor to employ Duane Levy & Assoc., Inc. ("Duane Levy") as its commercial broker to assist in the marketing and sale of Debtor's property. In further support of this Application, the Debtor respectfully represents as follows:

### JURISDICTION

1. This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (M). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicate for the relief sought herein is 11 U.S.C. § 327(a).

### BACKGROUND

3. On January 15, 2010 (the "Petition Date"), the Debtor filed a petition for relief under chapter 11 of the Bankruptcy Code.

4. Pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is continuing in the management and possession of its properties as a debtor in possession.

5. No trustee, examiner, or committee has been appointed in this chapter 11 case.

1

6. The Debtor owns a master-planned, partially entitled residential development in and around the City of Palmdale, California, described herein (the "Anaverde Development"). The Anaverde Development includes approximately 3500 undeveloped lots in the City of Palmdale. The Debtor sold, and no longer owns any building lots in Phase 1 of the Anaverde Development. The Anaverde Development is partially graded and has had some landscaping done, but is otherwise incomplete. No homes are yet built on the Anaverde Development.

7. In addition, the Debtor owns an adjacent unimproved development known as Chandar planned for 157 single family home sites (collectively with the Anaverde Development, the "Property"). Chandar is outside of the city limits of the City of Palmdale and is not subject to any development agreements with the City of Palmdale. No homes are yet built on the Chandar development.

8. The Debtor, in the exercise of its informed and considered business judgment, has determined that one way to maximize value for the benefit of its estate and creditors is to sell the Property. To assist the Debtor with the sale and marketing of the Property, the Debtor has determined to employ Duane Levy. The Debtor has enlisted the services of Duane Levy to assist in the sale of its Property based on Duane Levy's experience and knowledge of the industry. Duane Levy has detailed knowledge of the Debtor's business, the market for the Debtor's assets, commercial real estate issues and other issues that lead the Debtor to believe that the retention of Duane Levy is in the best interest of the estate.

## RELIEF REQUESTED

9. By and through this Application, the Debtor seeks to employ Duane Levy, effective as of the date of this Application, to serve as its commercial broker to assist the Debtor in marketing its Property and in negotiating the terms and conditions of sale or exchange with

any prospective buyer, other than New Anaverde, LLC (the "Stalking Horse Bidder") or any of its affiliates or equity holders.

10. The services proposed to be performed by Duane Levy are more fully set forth in the Commission Agreement and Escrow Instructions, by and between the Debtor and Duane Levy (the "Agreement"), a copy of which is attached hereto as Exhibit "A" and incorporated herein by reference. Except as otherwise set forth within this Application, the terms of the proposed employment are contained in the Agreement.

## **BASIS FOR RELIEF**

11. The employment of Duane Levy by the Debtor is in the best interests of the Debtor's estate and in the best interests of its creditors. The Debtor selected Duane Levy as its commercial broker based upon Duane Levy's substantial experience marketing and selling real property and business assets. Accordingly, the Debtor submits that Duane Levy is well-qualified to represent it as a broker in a most efficient and cost-effective manner during the pendency of the Debtor's chapter 11 case.

12. To the best of the Debtor's knowledge, no officer or employee of Duane Levy has any connection with the Debtor, its creditors, or any party in interest in connection with the Debtor's chapter 11 case. In addition, to the best of the Debtor's knowledge, Duane Levy does not hold or represent any interest adverse to the Debtor or its estate with respect to the matters for which it is being employed.

13. Duane Levy will be employed by the Debtor to perform a highly specialized task. The Debtor submits that, inasmuch as Duane Levy's compensation is result-oriented and directly related to benefits received by the Debtor's estate per transaction, Duane Levy's submission of fee applications is unnecessary. Further, Duane Levy will not be compensated based upon the

time and effort expended, but instead on a per transaction basis in accordance with the terms and conditions of the Agreement and any further orders of the Court. Pursuant to the Agreement, upon the sale of the Debtor's Property, other than to the Stalking Horse Bidder or any of its affiliates or equity holders, Duane Levy will be paid two percent (2%) of the selling price. Therefore, it is appropriate and reasonable for Duane Levy to be compensated without being required to file fee applications as contemplated by sections 328, 330 and 331 of the Bankruptcy Code.

## NOTICE

14. Pursuant to Bankruptcy Rule 2002 and applicable local rules, notice of this Application has been sent to the following parties: (i) the Office of the United States Trustee; (ii) the Debtor's pre-petition and post-petition secured lenders; (iii) Duane Levy; and (iv) all persons known to have requested notices and papers pursuant to Bankruptcy Rule 2002.

## NO PRIOR MOTION

15. No prior application for the relief sought herein has been made to this or any other Court.

WHEREFORE, the Debtor respectfully requests entry of an order, substantially in the form attached hereto, granting the relief requested herein and such other and further relief as is just and proper.

Dated: March 26, 2010

CROSS & SIMON, LLC

*signature*

Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 N. Market St.
11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Ph: (302) 777-4200
Fax: (302) 777-4224
kmann@crosslaw.com

*Attorneys for Debtor and Debtor in Possession*