# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ANAVERDE LLC, | ) Case No. 10-10113 (MFW) |
| | ) |
| Debtor. | ) Deadline for Submitting Bids: April 13, 2010 at 12:00 p.m. |
| | ) Auction Date: April 15, 2010 at 10:00 a.m. |
| | ) Deadline for Objections to Sale: April 15, 2010 at 4:00 p.m. |
| | ) Hearing Date for Approval of Sale: April 22, 2010 at 9:30 a.m. |

## NOTICE OF ADJOURNED AUCTION,
## SALE HEARING, AND RELATED DEADLINES

PLEASE TAKE NOTICE that on March 24, 2010, the above-captioned debtor and debtor-in-possession filed the *Motion of Anaverde LLC for an Order: (I) Approving the Sale of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant To Sections 363(b), (f) and (m); (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 134] (the "Motion")[1]. A copy of the Motion was previously served upon (i) the United States Trustee, (ii) counsel to the Debtor's Post-Petition Financing lender, (iii) all parties that have requested notice in this case pursuant to Bankruptcy Rule 2002, (iv) parties known by the Debtor to assert liens, claims, rights, interest or encumbrances of record in the Assets, (v) federal, state and local taxing authorities who have a reasonably known interest in the Assets, (vi) counterparties to the Assumed Executory Contracts, and (vii) any party that has expressed an interest in a Transaction.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been adjourned to **April 22, 2010 at 9:30 a.m.** and will be held before the Honorable Mary F. Walrath, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 4, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, 824 Market Street, 5th Floor, Wilmington, DE 19801

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

and served so as to actually be received by the undersigned counsel on or before **April 15, 2010 at 4:00 p.m.**

PLEASE TAKE FURTHER NOTICE that the deadline for the Stalking Horse Purchaser to designate contracts to be assumed will be **April 13, 2010.**

PLEASE TAKE FURTHER NOTICE that any person that wishes to take part in the sale process must submit a written bid so as to be received by the below counsel on or before **April 13, 2010 at 12:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that the Debtor will select qualified bidders on or before **April 14, 2010 at 4:00 p.m. (prevailing Eastern Time).**

PLEASE TAKE FURTHER NOTICE that the Debtor will hold an auction on **April 15, 2010 beginning at 10:00 a.m. (prevailing Eastern Time)** at the offices of Cross & Simon LLC, 913 N. Market St., 11th Floor, Wilmington, DE 19801.

PLEASE TAKE FURTHER NOTICE that the Debtor will provide notice of the winning bidder on **April 16, 2010.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: April 1, 2010

CROSS & SIMON, LLC

By: _/s/ Kevin S. Mann_
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 N. Market St.
11th Floor
P.O. Box 1380
Wilmington, DE 19899-1380
Ph: (302) 777-4200
Fax: (302) 777-4224
kmann@crosslaw.com

*Attorneys for Debtor and Debtor in Possession*