UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ANAVERDE LLC, ) | Case No.: 10-10113 (MFW) |
| ) | |
| Debtor. ) | |
| ) | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 14, 2010 AT 10:30 A.M. (HEARING CANCELLED)

**ADJOURNED/CONTINUED MATTERS:**

1. Motion of Anaverde LLC for an Order: (I) Approving the Sale of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant To Sections 363(b), (f) and (m); (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. No. 134, Filed 3/24/2010].

    *Response Deadline*: April 15, 2010 at 4:00 p.m. (Extended from previously scheduled response deadline of April 9, 2010 at 12:00 p.m.).

    *Related Documents*:

    A. Order (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, and (E) Granting Related Relief [D.I. No. 61, Filed 2/5/2010];

    B. Notice of Debtor's Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing of Cure Amounts [D.I. No. 71, Filed 2/16/2010];

    C. Affidavit of Publication Regarding Notice of Bid Deadline, Auction, and Sale Hearing in Connection With the Sale of Substantially All of the Debtor's Assets [D.I. No. 86, Filed 2/25/2010];

D.  Amended Notice of Debtor's Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing of Cure Amounts [D.I. No. 91, Filed 3/1/2010];

E.  Notice of Adjourned Auction, Sale Hearing, and Related Deadlines [D.I. No. 143, Filed 4/1/2010]; and

*Responses Filed:*

F.  Limited Objection by Los Angeles County Treasurer and Tax Collector to Motion of Anaverde LLC for an Order: (I) Approving the Sale of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m); (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [D.I. No. 151, Filed 4/8/2010].

*Status:* This matter has been adjourned to April 22, 2010 at 9:30 a.m.

2. Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Authority to Employ Duane Levy & Assoc., Inc. as Commercial Broker to Assist in the Marketing and Sale of Debtor's Property [D.I. No. 136, Filed 3/26/2010].

    *Related Documents:* None.

    *Responses Filed:*

    A.  Objection of the City of Palmdale to the Application of Debtor Pursuant to 11 U.S.C. § 327(a) for Authority to Employ Duane Levy & Assoc., Inc. as Commercial Broker to Assist in the Marketing and Sale of Debtor's Property [D.I. No. 150, Filed 4/7/2010].

    *Status:* This matter has been adjourned to April 22, 2010 at 9:30 a.m.

Dated: April 12, 2010  CROSS & SIMON, LLC
Wilmington, Delaware

By: _____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 N. Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel to Debtor and Debtor- in-Possession*