## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANAVERDE LLC, | ) | Case No.: 10-10113 (MFW) |
| | ) | |
| Debtor. | ) | |

### NOTICE OF AUCTION RESULTS

PLEASE TAKE NOTICE that no potential bidder submitted a bid as contemplated by the *Order (A) Approving Procedures for the Sale of the Debtor's Assets, (B) Scheduling Auction and Hearing to Consider Approval of Sale, (C) Approving Notice of Respective Dates, Times and Places for Auction and Hearing on Approval of (I) Sale and (II) Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (D) Approving the Form and Manner of Notice of Sale Process and of Approval Hearing, and (E) Granting Related Relief* (the "Sale Procedures Order") [Docket No. 61], and no auction was conducted on April 7, 2010. Therefore, New Anaverde LLC is the Successful Bidder within the meaning of the Sale Procedures Order. A hearing to consider granting final relief as to the *Motion of Anaverde LLC for an Order: (I) Approving the Sale of the Debtor's Assets Free and Clear of All Liens, Claims, Encumbrances and Other Interests Pursuant to Sections 363(b), (f) and (m); (II) Assuming and Assigning Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (the "Sale Motion") [Docket No. 134] is scheduled for **June 14, 2010 at 10:30 a.m. (prevailing Eastern Time)**. At that hearing, the Bankruptcy Court will consider approving the sale of the assets of the Chapter 11 estates, free and clear of all claims, liens, and encumbrances.

Dated: June 10, 2010
       Wilmington, Delaware

CROSS & SIMON, LLC

By: /s/ Kevin S. Mann
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
(302) 777-4200 (Telephone)
(302) 777-4224 (Facsimile)
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel for Debtor and Debtor in Possession*