# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ANAVERDE LLC, | ) | Case No.: 10-10113 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF EFFECTIVE DATE OF ORDER CONFIRMING
## DEBTOR'S AMENDED PLAN OF LIQUIDATION

**TO CREDITORS, EQUITY INTEREST HOLDERS,
AND OTHER PARTIES IN INTEREST:**

PLEASE TAKE NOTICE that an order (the "Confirmation Order") of the Honorable Mary F. Walrath, United States Bankruptcy Judge, confirming the Debtor's Amended Plan of Liquidation (as modified, the "Plan")[1] of Anaverde LLC (the "Debtor") in the above-referenced chapter 11 case, as debtor and debtor in possession, was entered by the United States Bankruptcy Court for the District of Delaware on June 14, 2010.

Copies of the Order and Plan are available from the Debtor's counsel upon written request to Cross & Simon, LLC, 913 N. Market Street, 11th Floor, P.O. Box 1380, Wilmington, Delaware 19899-1380. Parties also may obtain a copy of the Confirmation Order and Plan online through the Bankruptcy Court website at www.deb.uscourts.gov (a PACER account is required).

PLEASE TAKE FURTHER NOTICE that the Effective Date of the Plan occurred on June 15, 2010.

PLEASE TAKE FURTHER NOTICE that the Plan and the provisions thereof are binding on the Debtor, any holder of a Claim against, or Interest in, the Debtor and such holder's respective successors and assigns, whether or not the Claim or Interest of such holder is impaired under the Plan and whether or not such holder or entity voted to accept the Plan.

---

[1]    All capitalized terms used in this Notice but not defined herein shall have the meaning ascribed to such terms in the Plan and/or the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that section 5.01 of the Plan provides that, all of the Debtor's executory contracts and unexpired leases shall be deemed rejected on the Effective Date of the Plan except to the extent (a) the Debtor previously has assumed or rejected an executory contract or unexpired lease, (b) prior to the Effective Date, the Debtor has filed or does file a motion to assume an executory contract or unexpired lease on which the Bankruptcy Court has not ruled, or (c) as set forth in the Confirmation Order.

PLEASE TAKE FURTHER NOTICE that all applications by Professionals for compensation and reimbursement of expenses in connection with the Chapter 11 Case prior to the date of entry of the Confirmation Order are Administrative Expense Claims and shall be filed with the Bankruptcy Court within 60 days after the date of entry of the Confirmation Order. Any such application not filed within such time period shall be deemed waived and the Holder of such Claim shall be forever barred from receiving payment on account thereof. The Court may extend the deadline for the filing of applications by Professionals for compensation and reimbursement of expenses in connection with the Chapter 11 Case upon a motion and for cause shown.

Dated: June 17, 2010
     Wilmington, Delaware

CROSS & SIMON, LLC

By: _____
Christopher P. Simon (No. 3697)
Kevin S. Mann (No. 4576)
913 North Market Street, 11th Floor
P.O. Box 1380
Wilmington, Delaware 19899-1380
Tel: (302) 777-4200
Fax: (302) 777-4224
csimon@crosslaw.com
kmann@crosslaw.com

*Counsel to Anaverde LLC*